JS-6

JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10277 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MELISSA WILSON, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Melissa Wilson, in the principal amount of $2,639.19 plus interest accrued to November 26, 2012, in the sum of $2,647.44; with interest accruing thereafter at $0.58 daily until entry of judgment, for a total amount of **$5,286.63**.

DATED: February 14, 2013     By: Terry Nafisi
                                  Clerk of the Court

                                  /s/ B. Pacillas
                                  Deputy Clerk
                                  United States District Court

Page 5